442 A.2d 341

Hurlburt v. Potter County Children and Youth Services, Appellant.

In re Hamilton and Hurlburt.

Appeal of Potter County Children and Youth Services.

Appeal of James Hurlburt.

Petition for Allowance of Appeal Denied June 16, 1982.

Argued September 10, 1981. John B. Leete, for Children and Youth Services, Appellant (at Nos. 436 and 635), appellee (at No. 740), and participating party (at No. 731); Edith Benson, for James Hurlburt, appellant (at No. 740), appellee (at Nos. 635 and 731), participating party (at No. 436) and for Duane and Gloria Hurlburt, appellees (at Nos. 436 and 740), participating parties (at Nos. 635 and 731).

Before HESTER, McEWEN and SHERTZ, JJ.

Orders affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.